## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must be granted leave to appear *pro hac vice* as provided for by

In the Matter of
Arbitron, Inc.
v.
MARATHON MEDIA LLC, d/b/a KRKI-FM ... LAKESHORE MEDIA LLC d/b/a KRKI-FM/ KXDC-FM

07cv7007
Judge CONLON
Mag. Judge COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Arbitron, Inc.

**FILED**
JN DEC 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Edward S. Margolis and Harold Stotland | |
| SIGNATURE (S) (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Teller Levit and Silvertrust, P.C. | |
| STREET ADDRESS 11 East Adams Street, Suite 800 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 01763539 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒　NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐　NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒　NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒　NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |