**PLAINTIFF'S EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

ARBITRON, INC. )
)
　　　　　　　Plaintiff, ) No. 07C-7007
　　-vs- )
MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE MEDIA, )
LLC d/b/a KRKI-FM/KXDC-FM, as successor in interest to ) Judge Conlon
Marathon Media, LLC ) Magistrate Judge Cox
)
　　　　　　　Defendant(s). )

### CITATION TO DISCOVER ASSETS

TO:　Lake Shore Media, LLC
　　　c/o C T Corporation System
　　　208 So. LaSalle St;. Ste. 814
　　　Chicago, IL 60614-0111
　　　**DESIGNATED OFFICER: Christopher Devine**

**YOU ARE COMMANDED** to appear in the offices of Teller, Levit & Silvertrust, P.C., at 11 East Adams Street, Suite 800, Chicago, Illinois 60603, on __JAN 1 0 2008__, 20_08_, at _3:00_ _p_.m., to be examined under oath to discover Assets of income not exempt from the enforcement of the judgment.

Judgment vs. MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE MEDIA, LLC d/b/a KRKI-FM/KXDC-FM, as successor in interest to Marathon Media, LLC was entered on August 20, 2007 and registered on December 13, 2007; $732,832.34, including costs, remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination:
　　SEE ATTACHED Demand for Documents, and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or which may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: **YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

### CERTIFICATION OF ATTORNEY OR NON-ATTORNEY

NOTE: I, Harold Stotland, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109, that the following information is true:
1. Judgment was entered in the amount of $722,375.51 (on August 20, 2007); and registered (on December 13, 2007)
2. Name of the Court: United States District Court, Northern District of Illinois – Eastern Division.
3. Case #07C-7007.

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams, Suite 800
Chicago, Illinois 60603
(312) 922-3030 –Attorney ID# 02748703

Deputy Clerk
~~WITNESS~~: _____ 2007
MICHAEL W. DOBBINS
　　　　　　　　　　　　　　　　Clerk of the Court
DEC 20 2007

MICHAEL W. DOBBINS, CLERK OF THE United States District Court　**ORIGINAL**

(Rev. 11/18/93) CCG-5

_Jason Szczepanski_ on oath states:

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets, with enclosures, as follows:

_Lake Shore Media LLC_ by leaving a copy with him personally _Jamie_ _Dec. 21_, 20_07_, at the hour of _10:10 A_.m. at _208 N. LaSalle_ Street, _Chicago_, _Cook_ County, Illinois.

on _____ by leaving on _____, 20___, at the hour of _____ ___.m. at _____Street, _____, _____ County, Illinois, his usual place of abode, with _____, a person of his family of the age of 13 years or upwards, informing that person of the contents of the Citation to Discover Assets, and also by mailing on _____, 20___, a copy of the Citation in a sealed envelope with postage fully prepaid, addressed to him/her at his/her usual place of abode.

on _____ by mailing a copy on _____, 20___, by prepaid certified mail addressed to him/her, return receipt requested, delivery limited to addressee only. The registry receipt signed by addressee is attached.
(attach receipt here)

_[signature]_

SIGNED AND SWORN TO BEFORE ME

_January 8_, 20_08_.

_Traci A. Ambrose_
NOTARY PUBLIC

```
OFFICIAL SEAL
TRACI A AMBROSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/11
```

**If service is made by sheriff, he may make his return by certificate rather than by affidavit.

**MICHAEL W. DOBBINS, CLERK OF THE UNITED STATES DISTRICT COURT**



## **DEMAND FOR DOCUMENTS**

**YOU ARE COMMANDED** to produce at the examination all books and records relating to your income and property, including but not limited to:

    United States income tax returns for the past 5 years;

    Leases on business premises;

    Financial statements prepared by accountants;

    Current Accounts Receivable records;

    Title Documents relating to any real estate or interest in land trusts;

    Bank account statements for the last 12 months;

    Corporate Minute Book, including Corporate Charter and Corporation By-Laws

**CITATION NOTICE TO DEFENDANT**

ARBITRON, INC.   (Judgment Creditor)
v. MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE MEDIA, LLC d/b/a KRKI-FM/KXDC-FM, as successor in interest to Marathon Media, LLC   (Judgment Debtor)
980 N. Michigan Ave., Ste. 1880                            No. 07C-7007
Chicago, IL 60611

JAN 1 0 2008

Respondent:  Christopher Devine

**Amount of Judgment: $722,375.51**                       **Balance Due: $732,832.34**

NOTICE:   The Court has issued a Citation against the person named above. The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois Law. THE JUDGMENT DEBTOR HAS A RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account;
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle
(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt in judgment.
(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.
(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
(13) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the Clerk in writing at the office of the Clerk of the United States District Court for the Northern District of Illinois, US County Courthouse, 219 S. Dearborn St., Chicago, IL 60603. When so notified, the Clerk of the United States District Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the judgment debtor's attorney and sent to the judgment creditor regarding the time and location of the hearing.
This Notice may be sent by regular first class mail.
**This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

TELLER, LEVIT & SILVERTRUST, P.C. (Attorneys for Judgment Creditor)
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030 –Attorney ID# 02748703
**MICHAEL W. DOBBINS, CLERK OF THE United States District Court**

(Rev. 11/18/93) CCG-5

_Phillip Culotta_ on oath states:

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets, with enclosures, as follows:

_Lake Shore Media LLC_ by leaving a copy with him personally on _Dec 21_, 20_07_ at the hour of _11:A_.m. at _980 N. Michigan Ave_ Street, _Chicago_, _Cook_ County, Illinois.

on _____ by leaving on _____, 20___, at the hour of _____ ___.m. at _____ Street, _____, _____ County, Illinois, his usual place of abode, with _____, a person of his family of the age of 13 years or upwards, informing that person of the contents of the Citation to Discover Assets, and also by mailing on _____, 20___, a copy of the Citation in a sealed envelope with postage fully prepaid, addressed to him/her at his/her usual place of abode.

on _____ by mailing a copy on _____, 20___, by prepaid certified mail addressed to him/her, return receipt requested, delivery limited to addressee only. The registry receipt signed by addressee is attached.
(attach receipt here)

_(x) Phillip Culotta_

SIGNED AND SWORN TO BEFORE ME
_January 8_, 20_08_.
_Traci A. Ambrose_
NOTARY PUBLIC

OFFICIAL SEAL
TRACI A AMBROSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/11

**If service is made by sheriff, he may make his return by certificate rather than by affidavit.

**MICHAEL W. DOBBINS, CLERK OF THE UNITED STATES DISTRICT COURT**

