IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| ARBITRON, INC. | ) |
| | ) |
| Plaintiff, | ) No. 07C-7007 |
| -vs- | ) |
| | ) |
| MARATHON MEDIA, LLC d/b/a KRKI-FM | ) |
| and LAKESHORE MEDIA, LLC d/b/a, | ) Judge Conlon |
| KRKI-FM/KXDC-FM as successor in interest to | ) Magistrate Judge Cox |
| Marathon Media, LLC | ) |
| Defendant(s). | ) |

## NOTICE OF MOTION

TO: Lake Shore Media, LLC
Attn: Christopher Divine
980 N. Michigan Ave
Chicago, Illinois
**By Mail and Personal Delivery**

On January 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Presiding Judge Suzanne B. Conlon--Room #1743, or any judge sitting in his stead, in the courtroom usually occupied by him at the US County Courthouse, 219 S. Dearborn St., Chicago, IL 60603, and shall then and there present Motion of Judgment Creditor seeking prohibition on Judgment Debtor in Citation proceedings to Discover Assets, and request hearing thereon, instanter.

_____
Harold Stotland

## CERTIFICATE OF SERVICE

I, Harold Stotland, the attorney, certify that I served this Notice and Motion placing a copy into an envelope addressed to each of the above-listed party(ies) at their respective address(es), with proper prepaid postage attached to said envelope(s), and depositing same into the United States Mail chute at 11 East Adams Street, Chicago, Illinois, at or about 5:00 p.m. on the 8th day of January 2008.

_____
Harold Stotland

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030
Attorney ID# 02748703