**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Arbitron, Inc.
         Plaintiff,

v.                Case No.: 1:07−cv−07007
                Honorable Suzanne B. Conlon

Marathon Media, LLC, et al.
         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 22, 2008:

  MINUTE entry before Judge Susan E. Cox :Hearing on motion of judgment creditor seeking prohibition on judgment debtor in citation proceedins to discover assets [6] is set for 2/5/2008 at 09:30 AM. Plaintiff is directed to personally serve all respondents to the motion with a copy of the motion and this order, and file a completed certificate of service with the Clerk of Court forthwith.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.