**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Arbitron, Inc.
                           Plaintiff,

v.                                          Case No.: 1:07–cv–07007
                                                          Honorable Suzanne B. Conlon

Marathon Media, LLC, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Susan E. Cox: On the parties own motion, hearing on motion for judgment set for 2/5/2008 is stricken and reset to 2/19/2008 at 9:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.