## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Arbitron, Inc.
                                  Plaintiff,

v.                                               Case No.: 1:07–cv–07007
                                                   Honorable Suzanne B. Conlon

Marathon Media, LLC, et al.
                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Susan E. Cox : The parties' joint motion to reset the hearing on motion [6] is granted. Hearing on MOTION by Plaintiff Arbitron, Inc.Motion of Judgment Creditor seeking prohibition on Judgment Debtor in Citation proceedings to Discover Assets[6] is reset for 3/4/2008 at 09:30 AM.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.