# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7007 | **DATE** | 3/3/2008 |
| **CASE TITLE** | Arbitron, Inc. vs. Marathon Media, LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order regarding stay of discovery. Pursuant to the 1/30/08 order entered by the Court in Arbitron, Inc. v. Marathon Media, LLC, Case No. 07-CV-2099 (DC)(S.D.N.Y), restraining and enjoining execution upon the default judgment that is the subject of the present case, and by agreement of the parties, this matter is stayed and continued until further order of this Court. The parties shall immediately notify the Court of any decision in the underlying New York case effecting the stay. Motion hearing regarding Arbitron, Inc.'s motion of judgment creditor seeking prohibition on judgment debtor in citation proceedings to discover assets (6) set for 3/4/08 at 9:30 a.m. is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|