POBLANK 4/7/08
141816 HS/pls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| ARBITRON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07C-7007 |
| | ) | |
| -vs- | ) | |
| | ) | |
| MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE MEDIA, LLC d/b/a KRKI-FM/KXDC-FM, as successor in interest to Marathon Media, LLC | ) | Judge Conlon<br>Magistrate Judge Cox |
| | ) | |
| Defendant(s). | ) | |

### MOTION TO CALL FOR HEARING, CREDITOR'S MOTION
### SEEKING PROHIBITION ON JUDGMENT DEBTOR

**NOW COMES** the Judgment Creditor and Plaintiff in this cause, Arbitron, Inc., by its attorneys, Harold Stotland and Edward Margolis, and in support of this Motion, states as follows:

1. Judgment was entered in the United States District Court for the Southern District of New York on August 20, 2007, and certified by the Clerk of said Court as final.

2. That Judgment was registered in this Court, pursuant to 28 U.S.C. §1963.

3. Heretofore, the Judgment Creditor filed a motion for relief in citation proceedings that were commenced; a copy of the motion is attached hereto as Exhibit A.

   a. The Court stayed enforcement proceedings. See Exhibit B.

4. Subsequent thereto, the Judgment Debtor filed a motion to vacate the Judgment entered in the Southern District. The Southern District Court denied that motion and filed its Opinion on April 1, 2008. A copy of said Order is annexed hereto Exhibit C.

5. It would be appropriate for this Court to vacate the stay entered on March 3, 2008, and to hold a hearing, instantor, on the relief sought by the Judgment Creditor in the motion that is already on file with this Court.

WHEREFORE, your movant prays for entry of an order vacating the Court's stay of proceedings on March 3, 2008, and for such other relief as may be appropriate.

**ARBITRON, INC.**
Plaintiff herein,

By: _____
Edward S. Margolis
Harold Stotland
Its attorneys

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030 – Attorney ID# 02748703