MAR 17 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLAINTIFF'S EXHIBIT B

| | |
|---|---|
| ARBITRON, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:07-cv-07007 |
| MARATHON MEDIA, LLC, et al., | ) Honorable Judge Conlon |
| Defendants. | ) Honorable Mag. Judge Cox |

### Agreed Order

Pursuant to the January 30, 2008 order entered by the Court in Arbitron, Inc. v. Marathon Media, LLC, Case No. 07-CV-2099 (DC) (S.D.N.Y.), restraining and enjoining execution upon the default judgment that is the subject of the present case, and by agreement of the parties, this matter is stayed and continued until further order of this Court. The parties shall immediately notify the Court of any decision in the underlying New York case effecting the stay.

Dated: March 3, 2008

_____
Magistrate Judge Susan E. Cox