NOTICE 4/7/08
141816 HS/pls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| ARBITRON, INC. ) | |
| ) | |
| -- Plaintiff, ) | No. 07C-7007 |
| ) | |
| -vs- ) | |
| ) | Judge Conlon |
| MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE ) | Magistrate Judge Cox |
| MEDIA, LLC d/b/a KRKI-FM/KXDC-FM, as successor in ) | |
| interest to Marathon Media, LLC ) | |
| ) | |
| -- Defendant(s) ) | |

### NOTICE OF MOTION

TO: Sarah M. Chen, Esq.                    Brian Hayes
    (Via Email: schen@lockelord.com)       (Via Email: bhayes@lordbissell.com)
    Locke Lord Bissell & Liddell           Lord Bissell & Brook
    885 Third Avenue, 26th Floor           111 S. Wacker Drive
    New York, NY 10022                     Chicago, IL 60606

On **April 22, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Susan E. Cox--Room #**1342**, or any judge sitting in her stead, in the courtroom usually occupied by her at the US County Courthouse, 219 S. Dearborn St., Chicago, IL 60603, and shall then and there present the attached Motion to Vacate Stay of Proceedings entered March 3, 2008, and for hearing instantor on the Creditor's Motion originally presented in open Court, January 22, 2008.

_____
Edward S. Margolis

### CERTIFICATE OF SERVICE

I, Edward S. Margolis, the attorney, certify that I served this Notice and Motion by placing a copy into an envelope addressed to each of the above-listed party(ies) at their respective address(es), with proper prepaid postage attached to said envelope(s), and depositing same into the United States Mail chute at 11 East Adams Street, Chicago, Illinois, at or about 5:00 p.m. on the ____ day of _____, 20___.

_____
Edward S. Margolis

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
312-922-3030
Attorney ID# 02748703