**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arbitron, Inc.
        Plaintiff,

v.             Case No.: 1:07−cv−07007
             Honorable Suzanne B. Conlon

Marathon Media, LLC, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

  MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Parties informed the Court regarding production of documents. Motion hearing held regarding motion of Judgment Creditor seeking prohibition on Judgment Debtor in Citation proceedings to discover assets [6]. Plaintiff is given leave to file brief regarding alleged violations by 7/11/08. Defendants given leave to file a response by 8/8/08. Status hearing set for 8/15/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.