PETFORJ 12/13/07
141816 HS/pls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

ARBITRON, INC. )
)
       Plaintiff, )  No.
  -vs- )
)
MARATHON MEDIA, LLC d/b/a KRKI-FM and LAKESHORE )
MEDIA, LLC d/b/a KRKI-FM/KXDC-FM, )
as successor in interest to Marathon Media, LLC )
)
       Defendant(s). )

**REGISTRATION OF FOREIGN JUDGMENT
FROM
THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TO
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION
COVER SHEET**

RECEIVED
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 07C 7007

MAGISTRATE JUDGE COX

Harold Stotland
Edward Margolis
TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
312-922-3030
Attorney Code: 02748703

EXHIBIT A

_CLERK:_   STAPLE THIS COVER SHEET TO THE AUTHENTICATED FOREIGN JUDGMENT. IT IS PART OF THE PERMANENT FILE.

**MICHAEL W. DOBBINS, CLERK OF THE United States District Court**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARBITRON INC.,

                      Plaintiff,

-and-

MARATHON MEDIA, LLC d/b/a KRKI-FM; and
LAKESHORE MEDIA, LLC d/b/a KRKI-FM/
KXDC-FM, as successor in interest to Marathon
Media, LLC,

                      Defendant.
-------------------------------------------------------------X

07 CIVIL 2099 (DC)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
Judgment #07,1627

     I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on August 21, 2007 as it appears in the records of this court, and that:

☒     No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐     No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐     An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐     An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

     IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on December 6, 2007.

                                            J. Michael McMahon
                                            _____
                                               Clerk

                                             _____
                                             (By) Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 11
DATE FILED: 8/20/07

RECEIVED
JUL 2 1 2007
JUDGE CHIN'S CHAMBERS

Alfred R. Fabricant (AF 8255)
Lawrence C. Drucker (LD 9423)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARBITRON INC.,

    Plaintiff,

v.

MARATHON MEDIA, LLC d/b/a KRKI-FM;
and LAKESHORE MEDIA, LLC, d/b/a KRKI-
FM/KXDC-FM, as successor in interest to
Marathon Media, LLC

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Act. No.: 07-CV-2099 (DC)

ECF CASE

**DEFAULT JUDGMENT**

#07/1627

AUG 2 2 2007  -12:56 PM

   **THIS MATTER**, having been brought before the Court by way of the motion of plaintiff, Arbitron Inc., through its counsel, Dickstein Shapiro LLP, seeking entry of a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendants Marathon Media, LLC, d/b/a KRKI-FM ("Marathon") and Lakeshore Media, LLC, d/b/a KRKI-FM/KXDC-FM ("Lakeshore"); and a copy of the Summons and Complaint having been personally served on an individual authorized to accept service on behalf of both Marathon and Lakeshore at their principal place of business on March 19, 2007; and proofs of service on both defendants having been filed on March 30, 2007; and the Court having considered ~~the~~ plaintiff's submissions ~~of the parties;~~ and for good cause having been shown, it is hereby

   **ORDERED** that plaintiff's motion for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby granted; and it is further

[handwritten annotation at bottom:] plaintiff having moved for a default judgment, which motion was served on both parties and defendants having failed to

**ORDERED** that default judgment is entered against defendants Marathon and Lakeshore in the amount of $722,375.51, calculated as follows: damages of $523,417.80, contractual late fees of $180,690.83, reasonable attorneys' fees and costs of collection of $18,266.88; and it is further

**ORDERED** this judgment will bear interest at the judgment rate for the date of entry until paid; and it is further

**ORDERED** that plaintiff shall serve a copy of this judgment on defendants via regular mail by no later than seven days following receipt by plaintiff's counsel.

Dated: 8/20/07

NY, NY

Hon. Denny Chin, U.S.D.J.

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York
Date Filed: 8/20/06
J. MICHAEL MCMAHON, CLERK
By:

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 8/21/07

257320.01

2