# mb financial
bank N.A.
www.mbfinancial.com

STATEMENT

Page 1
Statement Date  4-30-08
Account #  1720005699
MAIL STATEMENT
Image Statement

49
MDG2005 00006537 2 AV 0.437

LAKESHORE MEDIA LLC
980 N MICHIGAN AVE SUITE 1880
CHICAGO IL 60611-7538           006537

Are you concerned about FDIC insurance limits?
Ask your banker how MB's CDARS program
can help you insure over $1,000,000 in deposits.

172000 569 9     REGULAR DEMAND ACCOUNT

```
Previous Balance      3-31-08              6,428.04-
+Deposits/Credits     41                 188,052.12
-Checks/Debits                           189,360.53
-Service Charge                                 .00
+Interest Paid                                  .00
Current Balance                            7,736.45-
```

\* - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - - -\*

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 51697 | 4-17 | 5954.71 | 51829* | 4-03 | 1993.60 |
| 51728* | 4-30 | 5954.70 | 51830 | 4-01 | 2799.87 |
| 51762* | 4-30 | 5954.70 | 51831 | 4-04 | 810.48 |
| 51763 | 4-07 | 2594.97 | 51832 | 4-04 | 3263.13 |
| 51774* | 4-11 | 227.82 | 51833 | 4-02 | 3674.75 |
| 51780* | 4-03 | 3750.00 | 51834 | 4-21 | 3288.18 |
| 51789* | 4-30 | 2594.96 | 51835 | 4-21 | 230.87 |
| 51796* | 4-02 | 3288.18 | 51836 | 4-18 | 461.75 |
| 51798* | 4-21 | 230.88 | 51837 | 4-18 | 820.67 |
| 51799 | 4-18 | 461.75 | 51838 | 4-16 | 2830.81 |
| 51801* | 4-03 | 2830.81 | 51840* | 4-24 | 237.24 |
| 51802 | 4-11 | 543.57 | 51841 | 4-16 | 375.12 |
| 51803 | 4-08 | 229.25 | 51842 | 4-16 | 341.34 |
| 51804 | 4-02 | 699.43 | 51843 | 4-16 | 699.65 |
| 51805 | 4-16 | 224.18 | 51844 | 4-18 | 612.63 |
| 51805* | 4-09 | 224.18 | 51845 | 4-17 | 230.88 |
| 51806 | 4-02 | 371.04 | 51846 | 4-25 | 277.05 |
| 51807 | 4-02 | 699.66 | 51847 | 4-17 | 594.77 |
| 51808 | 4-02 | 612.62 | 51848 | 4-23 | 753.90 |
| 51809 | 4-02 | 230.87 | 51850* | 4-16 | 1446.02 |
| 51810 | 4-04 | 277.05 | 51851 | 4-16 | 1529.40 |
| 51811 | 4-04 | 277.05 | 51852 | 4-22 | 6841.97 |
| 51812 | 4-03 | 594.77 | 51853 | 4-17 | 4896.04 |
| 51813 | 4-03 | 594.78 | 51854 | 4-17 | 2562.23 |
| 51814 | 4-09 | 753.89 | 51855 | 4-17 | 2103.30 |
| 51816* | 4-02 | 1444.05 | 51856 | 4-17 | 6963.90 |
| 51817 | 4-04 | 1529.40 | 51857 | 4-22 | 7066.31 |
| 51818 | 4-02 | 6841.96 | 51858 | 4-16 | 1266.30 |
| 51819 | 4-08 | 4896.04 | 51860* | 4-18 | 2594.96 |
| 51822* | 4-03 | 2662.53 | 51861 | 4-17 | 1972.60 |
| 51823 | 4-02 | 2135.88 | 51864* | 4-16 | 878.91 |
| 51824 | 4-02 | 6963.90 | 51865 | 4-16 | 3263.12 |
| 51825 | 4-02 | 7066.31 | 51866 | 4-16 | 3674.76 |
| 51826 | 4-01 | 1194.79 | | | |

\* - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - - -\*

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 4-01 | 15 | WEB XFER FR DDA 001720006083 | 9000.00 |
| 4-02 | 11 | WEB XFER FR DDA 001720005672 | 14600.00 |
| 4-02 | 11 | WEB XFER FR DDA 001720006083 | 9000.00 |
| 4-02 | 11 | WEB XFER FR DDA 001720006083 | 1600.00 |
| 4-02 | 11 | WEB XFER FR DDA 001720007500 | 250.00 |
| 4-02 | 24 | Pd NSF/OD dr sys-gen | 40.00- |

EXHIBIT B

ML 0567

**mb financial bank** N.A.
www.mbfinancial.com

Page 2
Statement Date 4-30-08    STATEMENT
Account # 1720005699
MAIL STATEMENT
Image Statement

LAKESHORE MEDIA LLC

| Date | Ref | Description | Amount |
|---|---|---|---|
| 4-03 | 987 | TRANSFER FROM ACCT 1720005605 PER CSUTOMER /MES | 10100.00 |
| 4-03 | 27 | Pd NSF/OD dr sys-gen INSUFFICIENT | 240.00- |
| 4-04 | 9 | WEB XFER FR DDA 001720008826 | 12700.00 |
| 4-04 | 24 | Pd NSF/OD dr sys-gen INSUFFICIENT | 240.00- |
| 4-04 | 6094 | ADP PAYROLL FEES ADP - FEES LAKESHORE MEDIA LLC   /08 | 111.19- |
| 4-07 | 21 | RETURNED CHECK | 3263.13 |
| 4-07 | 21 | RETURNED CHECK | 1529.40 |
| 4-07 | 21 | RETURNED CHECK | 810.48 |
| 4-07 | 21 | RETURNED CHECK | 277.05 |
| 4-07 | 21 | RETURNED CHECK | 277.05 |
| 4-07 | 21 | ADP PAYROLL FEES ADP - FEES LAKESHORE MEDIA LLC   /08 | 111.19 |
| 4-07 | 21 | Ret NSF/OD DR sysgen INSUFFICIENT | 240.00- |
| 4-08 | 25 | RETURNED CHECK | 2594.97 |
| 4-08 | 25 | Ret NSF/OD DR sysgen INSUFFICIENT | 40.00- |
| 4-09 | 22 | RETURNED CHECK | 4896.04 |
| 4-09 | 22 | RETURNED CHECK | 229.25 |
| 4-09 | 22 | Ret NSF/OD DR sysgen INSUFFICIENT | 80.00- |
| 4-10 | 28 | RETURNED CHECK | 753.89 |
| 4-10 | 28 | RETURNED CHECK | 224.18 |
| 4-10 | 28 | Ret NSF/OD DR sysgen INSUFFICIENT | 80.00- |
| 4-11 | 29 | 125107037;EASTERN UTAH BROADCA STING COMP | 4152.30 |
| 4-14 | 987 | TRANSFER FROM ACCT 1720006415 | 5600.00 |
| 4-14 | 10 | WEB XFER FR DDA 001720008083 | 50.00 |
| 4-14 | 6102 | ADP PAYROLL FEES ADP - FEES LAKESHORE MEDIA LLC   /08 | 111.19- |
| 4-14 | 10 | WEB XFER TO DDA 001720005680 | 980.00- |
| 4-14 | 10 | WEB XFER TO DDA 001720005680 | 900.00- |
| 4-14 | 10 | WEB XFER TO DDA 001720007500 | 170.00- |
| 4-14 | 10 | WEB XFER TO DDA 001720005680 | 100.00- |
| 4-14 | 28 | ;Paul Strater;Repl check + fees | 3303.13- |
| 4-14 | 28 | ;Eastern Utah Comm Credit Union;FFC: Tom AndersonAccount: 00 011865 | 1534.40- |
| 4-14 | 28 | ;Jean Hunsicker;Repl 2 checks + fees | 584.10- |
| 4-15 | 11 | WEB XFER FR DDA 001720005672 | 10348.85 |
| 4-15 | 32 | WELLS FARGO BANK NEW MEXICO , N.A.;GEORGE FUNKHOUSER;REPL 2.29 CHECK + FEES | 475.80- |
| 4-16 | 10 | WEB XFER FR DDA 001720006083 | 10000.00 |
| 4-16 | 10 | WEB XFER FR DDA 001720005672 | 290.00 |
| 4-16 | 10 | WEB XFER TO DDA 001720005680 | 150.00- |
| 4-16 | 28 | ;TAMMY ROMANO | 3299.87- |
| 4-17 | 1111111 | CUSTOMER DEPOSIT | 15000.00 |
| 4-17 | 10 | WEB XFER FR DDA 001720006083 | 6200.00 |
| 4-17 | 10 | WEB XFER FR DDA 001720006083 | 5000.00 |
| 4-17 | 28 | ;Richard and Debbie Bonick;Repl 3.15 check | 4896.03- |
| 4-17 | 28 | BANK OF AMERICA NEVADA;JAMES AND CONNIE NOYES;Repl 3.31 check | 753.89- |

ML 0568



STATEMENT

Account # 1720005699     4-30-08     Page 4



CHK#51697   PAID 04/17/2008   $5,954.71



CHK#51796   PAID 04/02/2008   $3,288.18



CHK#51728   PAID 04/30/2008   $5,954.70



CHK#51798   PAID 04/21/2008   $230.88



CHK#51762   PAID 04/30/2008   $5,954.70



CHK#51799   PAID 04/18/2008   $461.75



CHK#51774   PAID 04/11/2008   $227.82



CHK#51801   PAID 04/03/2008   $2,830.81



CHK#51780   PAID 04/03/2008   $3,750.00



CHK#51802   PAID 04/11/2008   $543.57



CHK#51789   PAID 04/30/2008   $2,594.96



CHK#51804   PAID 04/02/2008   $699.43

ML 0569

# mb financial bank N.A.
www.mbfinancial.com

STATEMENT

Account # 1720005699    4-30-08    Page 6



CHK#51825   PAID 04/02/2008   $7,066.31



CHK#51826   PAID 04/01/2008   $1,194.79



CHK#51829   PAID 04/03/2008   $1,993.60



CHK#51830   PAID 04/01/2008   $2,799.87



CHK#51833   PAID 04/02/2008   $3,674.75



CHK#51835   PAID 04/21/2008   $230.87



CHK#51836   PAID 04/18/2008   $461.75



CHK#51837   PAID 04/18/2008   $820.67



CHK#51838   PAID 04/16/2008   $2,830.81



CHK#51840   PAID 04/24/2008   $237.24



CHK#51841   PAID 04/16/2008   $375.12



CHK#51842   PAID 04/16/2008   $341.34

ML 0570

STATEMENT

**mb financial**
bank N.A.
www.mbfinancial.com

Account # 1720005699     4-30-08     Page 8


CHK#51864  PAID 04/16/2008  $878.91


CHK#51858  PAID 04/16/2008  $1,266.30


CHK#51865  PAID 04/16/2008  $3,263.12


CHK#51860  PAID 04/18/2008  $2,594.96


CHK#51866  PAID 04/16/2008  $3,674.76

CHK#51861  PAID 04/17/2008  $1,972.60

ML 0571