7/9/08 141816 HS/kc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| ARBITRON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07C-7007 |
| -vs- | ) | |
| | ) | |
| MARATHON MEDIA, LLC d/b/a KRKI-FM | ) | |
| and LAKESHORE MEDIA, LLC d/b/a, | ) | Judge Conlon |
| KRKI-FM/KXDC-FM as successor in interest to | ) | Magistrate Judge Cox |
| Marathon Media, LLC | ) | |
| Defendant(s). | ) | |

### NOTICE OF FILING

TO:  Sarah M. Chen, Esq.               Brian Hayes
     Locke Lord Bissell & Liddell      Lord Bissell & Brook
     885 Third Avenue, 26th Floor      111 S. Wacker Drive
     New York, New York 10022          Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have this date filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MOTION SEEKING SANCTIONS AGAINST DESIGNATED OFFICER, CHRISTOPHER DEVINE, FOR VIOLATION OF CITATION PROHIBITION**, a copy of which is herewith served upon you.

DATED at Chicago, IL 60603 this ____ day of July_____, 2008.

_____
Harold Stotland

### CERTIFICATE OF SERVICE

I, Harold Stotland, the attorney, certify that I served this Notice and Motion placing a copy into an envelope addressed to each of the above-listed party(ies) at their respective address(es), with proper prepaid postage attached to said envelope(s), and depositing same into the United States Mail chute at 11 East Adams Street, Chicago, Illinois, at or about 5:00 p.m. on the 10 day of July_____, 2008.

_____
Harold Stotland

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030
Attorney ID# 02748703