**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARBITRON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-07007 |
| ) | |
| MARATHON MEDIA, LLC, et al., ) | Honorable Judge Conlon |
| ) | |
| ) | Honorable Mag. Judge Cox |
| Defendants. ) | |

**AGREED MOTION
TO EXTEND SCHEDULE ON PLAINTIFF'S
MOTION SEEKING SANCTIONS**

Defendants, by and through their undersigned counsel, respectfully ask this Court to modify the scheduling order entered on July 1, 2008 to give the defendants until and including August 22, 2008 to file their response to plaintiff's Motion Seeking Sanctions Against Designated Officer, Christopher Devine, for Violation of Citation Prohibition ("Motion Seeking Sanctions"). In support of their motion, defendants state as follows:

On July 1, 2008, the Court entered an order giving plaintiffs until July 11, 2008 to file a motion regarding any alleged violations of the Citation to Discover Assets. The Court gave the defendants until August 8, 2008 to file any response and set the matter for hearing on August 15, 2008.

The parties have been engaged in settlement talks and believe that additional time may allow them to reach a settlement that would render the plaintiff's motion moot. Counsel for both parties have conferred and agreed to extend the deadlines by two weeks.

This motion is not brought to delay these proceedings and no party will suffer any prejudice.

WHEREFORE, defendants respectfully ask this Court to enter an Order extending the dates for the plaintiff's Motion Seeking Sanctions as follows:

(1) Defendants shall file any response on or before August 22, 2008:

(2) Setting a hearing on or after August 29, 2008.

Dated: August 7, 2008          Respectfully submitted,

MARATHON MEDIA LLC and LAKESHORE MEDIA LLC

\_\_\_\_/s/ Brian I. Hays_____
One of Their Attorneys

Brian I. Hays
LOCKE LORD BISSELL & LIDDELL, LLP
111 S. Wacker Dr.
Chicago, IL 60606
312.443.1707
312.896.6707 (fax)

**CERTIFICATE OF SERVICE**

I, Brian I. Hays, hereby certify that I have caused a true and correct copy of the foregoing to be served upon:

>Harold Stotland
>TELLER, LEVIT & SILVERTRUST, PC
>11 East Adams – Suite 800
>Chicago, IL  60603

via E-Filing and by causing the same to be deposited in the U.S. Mail, first-class, postage prepaid on the 7th day of August, 2008.

>/s/ Brian I. Hays
>One of the Attorneys for Defendants