IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARBITRON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-07007 |
| ) | |
| MARATHON MEDIA, LLC, et al., ) | Honorable Judge Conlon |
| ) | |
| ) | Honorable Mag. Judge Cox |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  Harold Stotland
     TELLER, LEVIT & SILVERTRUST, PC
     11 East Adams – Suite 800
     Chicago, IL  60603

PLEASE TAKE NOTICE, that on August 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Magistrate Judge Susan E. Cox, or any judge sitting in her place, in Room 1342, 219 S. Dearborn Street, Chicago, Illinois, and present the Agreed Motion to Extend Schedule on Plaintiff's Motion Seeking Sanctions, a copy of which has been served upon you.

Dated:  August 7, 2008                Respectfully submitted,

                                      MARATHON MEDIA LLC and LAKESHORE
                                      MEDIA LLC

                                      ____/s/ Brian I. Hays_____
                                      One of Their Attorneys

                                      Brian I. Hays
                                      LOCKE LORD BISSELL & LIDDELL, LLP
                                      111 S. Wacker Dr.
                                      Chicago, IL 60606
                                      312.443.1707
                                      312.896.6707 (fax)

## CERTIFICATE OF SERVICE

     I, Brian I. Hays, hereby certify that I have caused a true and correct copy of the foregoing to be served upon:

     Harold Stotland
     TELLER, LEVIT & SILVERTRUST, PC
     11 East Adams – Suite 800
     Chicago, IL  60603

via E-Filing and by causing the same to be deposited in the U.S. Mail, first-class, postage prepaid on the 7th day of August, 2008.

                                        /s/ Brian I. Hays
                                        One of the Attorneys for Defendants