IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARBITRON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-07007 |
| | ) | |
| MARATHON MEDIA, LLC, et al., | ) | Honorable Judge Conlon |
| | ) | |
| | ) | Honorable Mag. Judge Cox |
| Defendants. | ) | |

**AGREED MOTION
TO EXTEND SCHEDULE ON PLAINTIFF'S
MOTION SEEKING SANCTIONS**

Defendants, by and through their undersigned counsel, respectfully ask this Court to modify the scheduling order entered on July 1, 2008 to give the defendants until and including September 12, 2008 to file their response to plaintiff's Motion Seeking Sanctions Against Designated Officer, Christopher Devine, for Violation of Citation Prohibition ("Motion Seeking Sanctions"). In support of their motion, defendants state as follows:

On July 1, 2008, the Court entered an order giving plaintiffs until July 11, 2008 to file a motion regarding any alleged violations of the Citation to Discover Assets. The Court gave the defendants until August 8, 2008 to file any response and set the matter for hearing on August 15, 2008.

On August 15, 2008, the Court entered an agreed order extending the schedule as follows: defendants to file their response by August 22, 2008; plaintiffs to file their reply by August 29, 2008; motion hearing set for September 5, 2008.

The parties have been engaged in settlement talks and believe that additional time may allow them to reach a settlement that would render the plaintiff's motion moot. Counsel for both parties have conferred and agreed to extend the deadlines.

This motion is not brought to delay these proceedings and no party will suffer any prejudice.

WHEREFORE, defendants respectfully ask this Court to enter an Order extending the dates for the plaintiff's Motion Seeking Sanctions as follows:

(1) Defendants shall file any response on or before September 12, 2008:

(2) Setting a hearing on or after October 3, 2008.

Dated: August 21, 2008                    Respectfully submitted,

                                          MARATHON MEDIA LLC and LAKESHORE
                                          MEDIA LLC

                                          ____/s/ Martin W. Jaszczuk_____
                                          One of Their Attorneys

                                          Martin W. Jaszczuk
                                          LOCKE LORD BISSELL & LIDDELL, LLP
                                          111 S. Wacker Dr.
                                          Chicago, IL 60606
                                          312.443.0610
                                          312.896.6610 (fax)

2

## CERTIFICATE OF SERVICE

I, Martin W. Jaszczuk, hereby certify that I have caused a true and correct copy of the foregoing to be served upon:

> Harold Stotland
> TELLER, LEVIT & SILVERTRUST, PC
> 11 East Adams – Suite 800
> Chicago, IL  60603

via E-Filing and by causing the same to be deposited in the U.S. Mail, first-class, postage prepaid on the 21st day of August, 2008.

/s/ Martin W. Jaszczuk
One of the Attorneys for Defendants

CHI1 1520729v.1