IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARBITRON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-07007 |
| | ) | |
| MARATHON MEDIA, LLC, et al., | ) | Honorable Judge Conlon |
| | ) | |
| | ) | Honorable Mag. Judge Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Harold Stotland
     TELLER, LEVIT & SILVERTRUST, PC
     11 East Adams – Suite 800
     Chicago, IL  60603

     PLEASE TAKE NOTICE, that on August 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Magistrate Judge Susan E. Cox, or any judge sitting in her place, in Room 1342, 219 S. Dearborn Street, Chicago, Illinois, and present the Agreed Motion to Extend Schedule on Plaintiff's Motion Seeking Sanctions, a copy of which has been served upon you.

Dated:  August 21, 2008                     Respectfully submitted,

                                            MARATHON MEDIA LLC and LAKESHORE
                                            MEDIA LLC

                                            ____/s/ Martin W. Jaszczuk_____
                                            One of Their Attorneys

                                            Martin W. Jaszczuk
                                            LOCKE LORD BISSELL & LIDDELL, LLP
                                            111 S. Wacker Dr.
                                            Chicago, IL 60606
                                            312.443.0610
                                            312.896.6610 (fax)

1

## **CERTIFICATE OF SERVICE**

     I, Martin W. Jaszczuk, hereby certify that I have caused a true and correct copy of the foregoing to be served upon:

     Harold Stotland
     TELLER, LEVIT & SILVERTRUST, PC
     11 East Adams – Suite 800
     Chicago, IL  60603

via E-Filing and by causing the same to be deposited in the U.S. Mail, first-class, postage prepaid on the 21st day of August, 2008.

                                                /s/ Martin W. Jaszczuk
                                                One of the Attorneys for Defendants