UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Arbitron, Inc.
                      Plaintiff,

v.                                     Case No.: 1:07–cv–07007
                                                      Honorable Suzanne B. Conlon

Marathon Media, LLC, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

        MINUTE entry before the Honorable Susan E. Cox: Case called for motion hearing. Defendants' counsel only appeared. Defendants' agreed motion to extend schedule on plaintiff's motion seeking sanctions [29] is granted because parties may be settling this action. Motion hearing on plaintiff's motion seeking sanctions [23] set for 9/5/08 at 9:30 a.m. is stricken. Response now due by 9/12/08. Reply due 9/19/09. No further extensions. Motion hearing set for 10/7/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.