# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7007 | **DATE** | 9/15/2008 |
| **CASE TITLE** | Arbitron, Inc. Vs. Marathon Media, LLC, et al | | |

**DOCKET ENTRY TEXT**

The Parties advised the Court that they are near completion of a settlement agreement. Parties having submitted an agreed order, defendant's response to plaintiff's motion seeking sanctions [23] is due by 9/19/08. Plaintiff has informed the Court no reply will be filed. Motion hearing date of 10/7/08 at 9:30 a.m. stands. Enter Agreed Order.

■ [ For further detail see separate order(s).]           Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|