IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARBITRON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-07007 |
| | ) | |
| MARATHON MEDIA, LLC, et al., | ) | Honorable Judge Conlon |
| | ) | |
| | ) | Honorable Mag. Judge Cox |
| Defendants. | ) | |

## AGREED ORDER

By agreement of the parties, the briefing schedule on Plaintiff's Motion for Sanctions is modified as follows: Defendants' response brief shall be filed by September 19, 2008. The hearing scheduled for October 7, 2008 at 9:30 a.m. will proceed.

Dated: September 15, 2008

_____
Magistrate Judge Susan E. Cox